IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-631-CV





MACGREGOR MEDICAL ASSOCIATION,



 APPELLANT


vs.





KEVIN WELLS AND MELISSA WELLS, INDIVIDUALLY AND AS PARENTS 


AND NEXT FRIENDS OF TARAH WELLS, A MINOR,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 407,058, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed an agreed motion to reverse judgment and remand cause for
entry of final judgment and an agreed motion to expedite the issuance of mandate. The parties'
agreed motions are granted. Tex. R. App. P. 59(a). 

 The judgment of the trial court is reversed and the cause remanded for entry of
judgment reflecting the parties' settlement agreement.


Before Justices Powers, Jones and Kidd

Reversed and Remanded on Agreed Motion

Filed: December 22, 1993

Do Not Publish